**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**REGINALD HARRIS, ET AL,**                                        **PLAINTIFFS**

**V.**                                    **4:22CV00853 JM**

**BRAD SILAS, ET AL,**                                        **DEFENDANTS**

**<u>JUDGMENT</u>**

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiffs.

IT IS SO ORDERED this 28th day of February, 2024.

_____
James M. Moody Jr
United States District